# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2020

159881(62)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

WILLIAM EDWARD SCHOLTES,
Defendant-Appellant.

SC: 159881
COA: 341614
Berrien CC: 2017-001783-FH

_____/

On order of the Court, the motion for reconsideration of this Court's November 26, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



a0224

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



Clerk